**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DParker@ParkerandCarmody.com

December 3, 2019

By ECF
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul R Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: Dec. 5, 2019

Re: *United States v. Tara Rose*
    19 Cr 789 (PGG)

Dear Judge Gardephe:

I am the attorney for Tara Rose. I write with the consent of the Government requesting that the Court amend the terms and conditions of her bail and extend the deadline for a second co-signer to sign her bond.

Ms. Rose was arraigned on November 14, 2019, and released that day on a bond which she signed. She was given until December 5, 2019 to meet the remaining conditions of her bail, which include having two co-signers co-sign the bond. Today, one co-signer executed the bond, but the other, who was scheduled to appear, had an emergency which prevented her from coming to court. All other conditions have been met.

I have conferred with AUSA Matthew Andrews and the Government consents to this request.

If the foregoing meets with Your Honor's approval, then I respectfully request that you grant this application and "So Order" this letter.

Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker

cc: All parties by ECF