**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

**Dated:** February 10, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Tara Rose</u>
19 Cr 789 (PGG)

Dear Judge Gardephe:

We represent Tara Rose, the defendant in the above-captioned matter.

We write requesting that the Court authorize, Katherine Carter, mitigation specialist and Dr. Alan Jacobs, Forensic Neurologist, to submit interim vouchers in this case. Both of them have previously been authorized to provide expert services on behalf of the defendant and both of them have already spent numerous hours doing so.

If the foregoing meets with the Court's approval, then we respectfully request, that the Court "So Order" this letter.

Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker
Christina S. Cooper
Attorneys for Tara Rose