UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

   UNITED STATES OF AMERICA,                      **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                    -against-

                                                                                      19-CR-789  (PGG)

TARA ROSE,

                                      Defendant(s).

------------------------------------------------------------------X

Defendant __TARA ROSE_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X__ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

_X__    Conference Before a Judicial Officer


*Tara Rose, signed electronically by*
*Counsel on her behalf with her consent*               _____
Defendant's Signature                                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

TARA ROSE_____                           DANIEL S. PARKER
Print Defendant's Name                                      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___March 6, 2021_____                     _____
Date                                                      U.S. District Judge/U.S. Magistrate Judge