**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 2, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Tara Rose**
19 Cr 789 (PGG)

Dear Judge Gardephe:

    We represent Tara Rose, the defendant in the above-captioned matter.

    We write, without objection from the Government and Pre-Trial Services, requesting that the Court amend the terms and conditions of Ms. Rose's bail so that she can travel to Florida from April 15-19 to visit her sister.

    We have communicated with AUSA Louis Pellegrino and Pre-Trial Services Officer Courtney DeFeo, both of whom have no objection to this application.

    If approved, Ms. Rose will provide the relevant information where she will be staying to Pre-Trial Services.

    If the foregoing meets with the Court's approval, then we respectfully request, that the Court "So Order" this letter.

    Thank you for your consideration in this matter.

Very truly yours,

*/s/ Daniel S. Parker*

Daniel S. Parker
Christina S. Cooper
Attorneys for Tara Rose
