<div style="text-align:center">

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

</div>

DANIEL S. PARKER                                                                  TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                   FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                               Email: DanielParker @aol.com

July 23, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: August 17, 2021

<div style="text-align:center">

Re: **United States v. Tara Rose**
19 Cr 789 (PGG)

</div>

Dear Judge Gardephe:

We represent Tara Rose, the defendant in the above-captioned matter.

We write requesting that the Court re-authorize, Katherine Carter, mitigation specialist to submit interim vouchers in this case.   Ms. Carter has previously been authorized to provide expert services on behalf of the defendant and has already spent numerous hours doing so.

If the foregoing meets with the Court's approval, then we respectfully request, that the Court "So Order" this letter.

Thank you for your consideration in this matter.

<div style="margin-left: 50%">

Very truly yours,

*[signature]*

Daniel S. Parker
Christina S. Cooper
Attorneys for Tara Rose

</div>