**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                                TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                              FACSIMILE:   (212) 239-9175
CHRISTINA S. COOPER                                                                        Email: DanielParker @aol.com

November 24, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Tara Rose**
    **19 Cr 789 (PGG)**

Dear Judge Gardephe:

We represent Tara Rose, the defendant in the above-captioned matter.

We write, without objection from the Government, requesting that the Court schedule a remote guilty plea hearing in this case pursuant to the CARES Act.  I will be unavailable from November 29 – December 14, 2021 because I am having surgery.

If the foregoing meets with the Court's approval, then we respectfully request, that the Court "So Order" this letter.

Thank you for you

**MEMO ENDORSED**:
The application is granted.  A change of plea hearing as to defendant Tara Rose will be held on **December 15, 2021 at 10:00 a.m.** by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Three days before the hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge
Date: December 2, 2021