**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                  TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                   FACSIMILE:   (212) 239-9175
CHRISTINA S. COOPER                                                               Email: DanielParker @aol.com

December 13, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Tara Rose**
    **19 Cr 789 (PGG)**

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: December 13, 2021

Dear Judge Gardephe:

We represent Tara Rose, the defendant in the above-captioned matter.

I am no longer available on December 15, 2021 due to a death in my family.   I am sorry to have to re-schedule the guilty plea hearing.   I write requesting that the Court adjourn this scheduled guilty plea hearing to December 20, 2021 at 2:30.

If the foregoing meets with the Court's approval, then we respectfully request, that the Court "So Order" this letter.

Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker
Christina S. Cooper
Attorneys for Tara Rose