UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

TARA ROSE,
GRACIELA BORRERO,

                      Defendants.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Tara Rose's sentencing will take place on **May 11, 2022 at 2:00 p.m.** Defendant Graciela Borrero's sentencing will take place on **May 11, 2022 at 3:00 p.m.** The sentencings will be in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Any sentencing submissions on behalf of the Defendants are due by **April 20, 2022**. The Government's sentencing submissions are due by **April 27, 2022.**

        The Probation Department is directed to prepare presentence investigation reports for Defendants Rose and Borrero.

Dated: New York, New York
       January 31, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge