UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

UNITED STATES OF AMERICA,

      -against-

TARA ROSE,

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Sentencing in this matter is scheduled for June 30, 2022, at 3:00 p.m.

      The Pre-Sentence Report ("PSR") states that in October 2019, Rose "was diagnosed with [a] Subarachnoid Hemorrhage (SAH), a type of stroke that is mostly caused by a brain aneurysm, and she underwent emergency surgery." (PSR (Dkt. No. 877) ¶ 170; see Def. Sent. Br. (Dkt. No. 887) at 2)  In connection with sentencing, defense counsel has submitted a report from a neurologist addressing the Defendant's medical condition as of December 2020. (See id., Ex. C (Jacobs Report dated Dec. 18, 2020) (Dkt. No. 887-3))  Counsel argues that the Defendant's medical condition requires a non-incarceratory sentence.  (Id. at 1)

      In order to determine whether a non-incarceratory sentence is appropriate in light of the Defendant's medical condition, the Court requires information as to what her medical condition is now; not what her medical condition was in October 2019 or in December 2020.

      Accordingly, by **July 8, 2022**, the Defendant will submit medical records addressing the Defendant's current medical condition.  The records submitted should be from her treating physicians, including any specialists personally involved in her ongoing medical care.

Sentencing is adjourned to **July 27, 2022, at 3:00 p.m.**

Dated: New York, New York
June 24, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2