**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                                         TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                                   FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                                        DanielParker@aol.com

September 27, 2022

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Tara Rose**
**19 Cr 789 (PGG)**

Dear Judge Gardephe:

   I write with the consent of the Government requesting an adjournment of Ms. Rose's scheduled sentencing from October 6, 2022, to a date in late November.

   Ms. Rose is scheduled to be examined and undergo further neurological testing this Thursday so that we can provide the Court with updated information. The doctor will then prepare a report and it will take approximately 10 days or so to prepare.  I will be out of town from October 12-16 and then I am scheduled to start a 4-5 week trial, *United States v. Quincy Battice,* 20 Cr 293 (WFK) in the EDNY on October 17, 2022.

   Accordingly, we respectfully request that the Court adjourn the sentencing to a date in late November. I have communicated with AUSA Mathew Andrews and the Government does not object to this request. Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

**MEMO ENDORSED**:
The Defendant's sentencing, currently scheduled for October 6, 2022, is adjourned to **November 28, 2022, at 3:00 p.m.**  Defendant will submit the neurologist's report by **October 20, 2022**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated:  September 28, 2022