UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -against-<br><br>TARA ROSE,<br><br>                    Defendant. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the Government respond to Defendant Tara Rose's motion for a sentence reduction (Dkt. No. 965) by January 31, 2024.

Dated:      New York, New York
            January 17, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge