UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TARA ROSE,

Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On November 30, 2022, this Court sentenced Defendant Tara Rose to two years' imprisonment in connection with her guilty plea to conspiracy violate the Travel Act, pursuant to 18 U.S.C. § 371.  (Nov. 30, 222 Sentencing Tr. (Dkt. No. 930) at 4, 36)  At sentencing, this Court imposed a three-level role in the offense adjustment pursuant to §3B1.1(b) of the Sentencing Guidelines because the Defendant "was a manager or supervisor of criminal conduct" that involved five or more people or was otherwise extensive.  (Id. at 4)

On January 8, 2024, Defendant Tara Rose filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), arguing that she qualifies for a two-point reduction in her offense level as a zero-point offender, pursuant to §4C1.1 of the Sentencing Guidelines.  (Dkt. No. 965)

U.S.S.G. §4C1.1 provides for a two-level reduction in offense level for defendants who meet ten criteria, including, that "the defendant did not receive an adjustment under §3B1.1 (Aggravating Role)."  U.S.S.G. §4C1.1(a)(10).

In a January 26, 2024 revision to Defendant's Presentence Report ("PSR"), the Probation Department determines that Defendant is not eligible for the two-level reduction in the zero-point offender provision because of the aggravating role adjustment that this Court imposed

at the Defendant's November 30, 2022 sentencing.  (Revised PSR (Dkt. No. 967) at 53)  The

Government opposes Defendant's motion for a sentence reduction on the same basis.  (Govt. Jan.

30, 2024 Ltr. (Dkt. No. 968))

This Court agrees with the Probation Department and the Government.  Because

this Court imposed a three-level role in the offense adjustment pursuant to §3B1.1(b) at

Defendant's sentencing, Defendant is ineligible for a two-level reduction pursuant to §4C1.1.  As

a result, Defendant is also ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

Accordingly, Defendant's motion for a sentence reduction (Dkt. No. 965) is

denied.  The Clerk of Court is directed to terminate the motion.

Dated:      New York, New York
            July 22, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge