UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

TARA ROSE,

Defendant.

**ORDER**

19 Cr. 789 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The Government and the U.S. Probation Office are directed to respond to Defendant

Tara Rose's motion for early termination of supervised release (Dkt. No. 1042) by **March 19, 2026**.

The Clerk of Court is directed to mail a copy of this Order to Defendant Tara Rose at 371 NW 87th

Terrace, Plantation, Florida, 33324.

Dated:  New York, New York
        March 5, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge